IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-659-MOC-DCK

| SYLVESTER JOHNSON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WAL-MART STORES, EAST, L.P., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 122) filed by Angela B. Cummings, concerning Scott A. Forman on March 14, 2013. Mr. Forman seeks to appear as counsel *pro hac vice* for Defendant Walmart Stores East, L.P. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 122) is **GRANTED.** Mr. Forman is hereby admitted *pro hac vice* to represent Defendant Walmart Stores East, L.P.

**SO ORDERED**.

Signed: March 15, 2013

David C. Keesler
United States Magistrate Judge