# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Sylvester Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:10cv659 |
| | ) | |
| vs. | ) | |
| | ) | |
| Wal-Mart Stores East, L.P.**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury verdict entered on May 1, 2013.

May 2, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court