UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00659-MOC-DCK

| | |
|---|---|
| **SYLVESTER JOHNSON,** | ) |
| Plaintiff, | ) |
| Vs. | ) **JUDGMENT** |
| **WAL-MART STORES EAST, L.P.,** | ) |
| Defendant. | ) |

**THIS MATTER** having come before the court, and the issues having been tried before and submitted to the jury, and the jury having returned its Verdict on May 1, 2013, and in accordance with such Verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **ENTERED** in favor of defendant **WAL-MART STORES EAST, L.P.**, and against plaintiff **SYLVESTER JOHNSON**, providing that plaintiff have and take nothing of defendant, and this action is **DISMISSED** in its entirety with prejudice.

Signed: May 3, 2013

Max O. Cogburn Jr.
United States District Judge