THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SYLVESTER JOHNSON, | ) | |
| | ) | No. 3:10 CV 659 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT</u> |
| | ) | |
| | ) | |
| WAL-MART STORES EAST, L.P., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Judgment is hereby entered for Defendant in the amount of $25,112.20 in accordance

With the Clerk's January 23, 2014, Taxation of Costs and Federal Rule of Civil Procedure 58.

SO ORDERED, this 6th day of June 2014.

_____
Frank G. Johns, Clerk
United States District Court