UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00659-MOC

| | |
|---|---|
| **SYLVESTER JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **WAL-MART STORES EAST, L.P.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Compel Plaintiff's Discovery responses, Award Costs, and Schedule Hearing. Review of defendants' pending motions reveal that they involve discovery and hearings in aid of execution of a judgment. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Compel Plaintiff's Discovery Responses, Award Costs, and Schedule Hearing (#199) is **GRANTED** in part, and the Clerk of Court is instructed to refer defendant's Motion to Compel Discovery Responses, Award Costs, and Schedule Hearing (#199), Motion for Hearing to Claim Exemptions (#198) and Debtors Notice of Right to Have Exemptions Designated (#197) to Judge Keesler for disposition.

Signed: October 14, 2014

Max O. Cogburn Jr.
United States District Judge