UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:10-CV-659 – MOC

SYLVESTOR JOHNSON,

        Plaintiff,

Vs.

WAL-MART STORES EAST, INC.,

        Defendant.

## CLERK'S ORDER OF EXEMPTION HEARING

        This matter is before the Clerk of Court on Plaintiff's "Motion for Hearing to Claim Exemptions" (Document No. 198); an "Order" of this court by David C. Keesler, U.S. Magistrate Judge (Document No. 203) directing the Clerk to hold the exemption hearing; and an "Order" of this court by Max O. Cogburn, Jr., U.S. District Judge directing counsel to notify the Clerk of Court as to the dates and times that are mutually convenient for such a hearing upon the discovery deadline of January 6, 2015 (Document No. 206).

        A review of the docket reflects that there have been no further extensions of the discovery deadline of January 6, 2015, so the Clerk will proceed with the hearing on Plaintiff's request for exemptions.

        Per the "Order" of District Judge Cogburn, counsel are to discuss and agree upon up to three mutually convenient dates for such a hearing with said dates not extending past April 30, 2015. Exclude the dates of March 23-25, 2015, and exclude the week of March 30, 2015.

        Plaintiff is also directed to file with the Clerk an inventory or list of property and/or assets and their respective value for all such property and/or assets whose value is $1,000.00 or

greater.  If the discovery documents produced already contain this information, counsel may file that discovery material with the court as an exception to Local Rule 26.2 to comply with this request.  Plaintiff shall file and serve this inventory or property list by **February 27, 2015.**

    Plaintiff is to clearly identify the assets/property and its value which Plaintiff seeks to exempt from the judgment.  Plaintiff is to file and serve this listing also by **February 27, 2015.**

*SO ORDERED, February 3, 2015.*

Signed: February 3, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court