SYLVESTOR JOHNSON,

          Plaintiff,

Vs.

WAL-MART STORES EAST, INC.,

          Defendant.


## <u>EXTENSION OF TIME</u>


This matter is before the Clerk of Court on Plaintiff's "Motion for Extension of Time to File Exemption List" filed February 27, 2015.

The Clerk has set a hearing on this matter for Monday, April 20, 2015, at 9:00 AM in the Grand Jury Suite of the Charlotte, North Carolina courthouse. This hearing had not been scheduled at the time the Clerk originally set February 27, 2015, as the date for Plaintiff to file the exemption listing. Thus an extension of time upon which to file the exemption list will not adversely impact the hearing schedule.

Plaintiff has reasonably requested an extension of time to file the exemption list citing ongoing negotiations, which if successful, may negate the need for a hearing on exemptions.

Therefore, the Clerk grant's Plaintiff's request and will extend the deadline by which to file and serve his list of exempted assets and/or property until March 30, 2015.

SO ORDERED.

Signed: February 27, 2015

Frank G. Johns, Clerk
United States District Court